479 A.2d 1124

Commonwealth v. Steimling, Appellant.

Submitted April 30, 1984. Kimberly Hamilton, Public Defender, for appellant; Sheryl A. Serratta, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Judgment affirmed.

479 A.2d 1124

Commonwealth v. Stevens, Appellants.
Petition for Allowance of Appeal
Denied Nov. 7, 1984.

Submitted May 18, 1984. John H. Corbett, Jr., Public Defender, for appellants; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

McEWEN, J., concurred in the result.